Decided April 27, 1999

## HY HASS *v.* BARBARA HASS

The plaintiff's petition for certification for appeal from the Appellate Court (AC 19277) is denied.

*Edward N. Lerner*, in support of the petition.

*Robert M. Wechsler*, in opposition.

Decided April 27, 1999